Exhibit E



Imhotep Salat <imsalat@gmail.com>

## Re: Hello again!

6 messages

**Anjey Wayda** <anjey.wayda@yandex.com> Wed, Dec 3, 2014 at 3:36 AM
To: Imhotep Salat <imsalat@gmail.com>

Hello again!

May we have your attention please!

There have been some business changes in our company in view of the works to improve the timely servicing of customer transactions.

Therefore, the job of the document editing is temporarily suspended. Please do not worry about the payment.

We will pay for your services as agreed. (All that you have earned while working with us, will be paid to your Paypal on time). During the collaboration you have proven to be a good and reliable employee.

We appreciate the individuals like you and we do not want to make a pause in our work with you.

Therefore we can offer you an other position to work corrently or for a long time if you will like it. The position is with the possibility of career drowth.

You are encouraged to work with the fixed salary $ 1500 every month plus 5% interest from each completed deal. So your income will be about $ 5000 - $7000 every month.

The new job will not take you more time than editing of documents. You should have access to computer and be available by phone during the working day. So you can combine collaboration with us and your main job.

We expect from you the confirmation about the receipt of our offer and we will immediately send you the precise details to learn more.

We are looking forward to your reply!

Sincerely yours,
HUUTO.

**Imhotep Salat** <imsalat@gmail.com> Wed, Dec 3, 2014 at 6:37 AM
To: Anjey Wayda <anjey.wayda@yandex.com>

Thank you so very much for considering me for the current job opportunity. I am extremely interested in receiving the description and responsibilities of the current job position HUUTO has to offer me. I look forward to a long prosperous relationship with your company.



Imhotep Salat <imsalat@gmail.com>

# Job offer

6 messages

**Imhotep Salat** <imsalat@gmail.com> Wed, Dec 3, 2014 at 9:50 AM
To: huuto.support@yandex.com

Here is my required information:

Imhotep Salat
5445 West Reno ave apt-215B
Las Vegas, NV 89118
(702) 337-5359
PayPal: imsalat@gmail.com

**HUUTO SUPPORT** <huuto.support@yandex.com> Sat, Dec 6, 2014 at 11:20 AM
To: Imhotep Salat <imsalat@gmail.com>

This is the confirmation letter regarding your acceptance of our new offer.

This letter provides you with the details and our rules that will apply to your new position.

Read it carefully as there are several rules that must be adhere to:

1. Redirect all e-mail traffic that you receive from our clients directly to us.

*Do not under any circumstances reply to the messages or inquire for more information.

Your relationship will be solely as the transaction processor, all administrative issues or otherwise will be handled by us. Any disregard of this rule will make our clients nervous and may cause them to stop any pending transactions. The average questions are usually about the pending sales or future sales, again this is our department, please keep in mind that one of your job requirement is to transfer any/all these inquiries directly to us.

2. Please make an attempt to check your e-mail account twice daily, preferably in the morning and in the evening. This is a very important position and it should show that you are available to us at least during the business day.

3. This is not optional. Please reply to all our email messages that we will send to you. Most of our transactions will depend on an answer back from you and we may have to stop a transaction if we cannot get in contact with you to verify your

availability or clarify any errors.

4. Most Important Rule: Please have your phone with you during the business day. (preferably without a voicemail answering system).

5. Your position will be activated following a call from our company verifying your identity, the accuracy and operational function of the number that you have provided.

6. Your 1st payment will be 3-5 business days after we have activated your account. It takes our company approximately that amount of time to make a sale.

7. If you encounter any issues of any kind while working with us, Do Not keep it to Yourself, please inform us immediately of the issue and we will do everything within our powers to fix it.

8. If anything goes wrong during the process of a transaction, please report it immediately. Do not ever think that you will be blame, remember nothing is your fault by letting us know what went wrong; you will help our company do its job better and improve our systems and quality for our customers.

9. Please follow each daily instruction to the letter and without delay. Any delay on your part is a bad reflection on our company and slows down our processes. These have an effect on production which means poor profit for our company and for you.

10. If you are planning any trips that will prevent you from fulfilling your duties, please inform us 2 weeks in advance.

11. We count on you having both a responsible and respectful attitude towards this job and our team.

12. Please respond with any questions that you may have regarding our rules and this job. Also state any concerns or issues that you may have which might conflict or prevent you from doing this job. If you think that you will be unable to fulfill the



**Imhotep Salat <imsalat@gmail.com>**

## Requested verification

4 messages

**Imhotep Salat** <imsalat@gmail.com> Mon, Dec 8, 2014 at 6:44 PM
To: HUUTO SUPPORT <huuto.support@yandex.com>

Here is the requested verification that you asked for. Attached is: photo ID, account homepage, verified bank account, proof of unlimited withdrawal.
If anything additional is needed, please contact me email or phone.

Thank you,
Imhotep Salat
702-337-5359

**5 attachments**



**20141208_181311.jpg**
2549K



**20141208_181456.jpg**
1180K



**20141208_181625.jpg**
2525K

**20141208_182833.jpg**
3331K



**20141208_184024.jpg**
3123K

---

**HUUTO SUPPORT** <huuto.support@yandex.com> Wed, Dec 10, 2014 at 2:55 PM
To: Imhotep Salat <imsalat@gmail.com>

Thank you. You will be activated from nearest Monday. Please be in touch We will keep you informed about everything else necessary.

Please know, that from today there are several days should be past before the sales sales listings will be ended and sold.

We may call you by phone any day and any day time during activation period and later, if we will not reach you by phone during a day, we will deactivate you at once, because we avoid any kind of risks. If you missed our phone call, please return the call back in a short while and it will make us feel good.

Thank You

P.S.: Please know that we may reply to any of your e-mails during 48 hours (business days Mon-Fri)

09.12.2014, 04:51, "Imhotep Salat" <imsalat@gmail.com>:
[Quoted text hidden]

---

**Imhotep Salat** <imsalat@gmail.com> Wed, Dec 10, 2014 at 3:00 PM
To: HUUTO SUPPORT <huuto.support@yandex.com>

Confirmed. Thanks.

[Quoted text hidden]

---

**Imhotep Salat** <imsalat@gmail.com> Wed, Dec 10, 2014 at 3:00 PM
To: D McClain <mcclainpetti@gmail.com>

[Quoted text hidden]



**Imhotep Salat <imsalat@gmail.com>**

## Payment Confirmation US Dollars

3 messages

**Imhotep Salat** <imsalat@gmail.com> Sat, Dec 20, 2014 at 1:24 PM
To: HUUTO SUPPORT <huuto.support@yandex.com>

Hi, this is your Representative Imhotep Salat forwarding confirmation of wire transfer in the amount of US Dollars $3,722.00. If you any questions please contact me.

Imhotep Salat
702-337-5359



**20141220_131829.jpg**
157K

**HUUTO SUPPORT** <huuto.support@yandex.com> Mon, Dec 22, 2014 at 12:16 PM
To: Imhotep Salat <imsalat@gmail.com>

Looks like everything alright.

Thank You

20.12.2014, 23:24, "Imhotep Salat" <imsalat@gmail.com>:
[Quoted text hidden]

**Imhotep Salat** <imsalat@gmail.com> Mon, Dec 22, 2014 at 12:25 PM
To: HUUTO SUPPORT <huuto.support@yandex.com>

Your welcome.

[Quoted text hidden]

Imhotep Salat
702-337-5359

On Dec 19, 2014 10:37 AM, "HUUTO SUPPORT" <huuto.support@yandex.com> wrote:
[Quoted text hidden]

---

**HUUTO SUPPORT** <huuto.support@yandex.com> Sat, Dec 20, 2014 at 11:01 AM
To: Imhotep Salat <imsalat@gmail.com>

Does your bank work today? If so we will provide the instructions.

Thank You

20.12.2014, 16:40, "Imhotep Salat" <imsalat@gmail.com>:
[Quoted text hidden]

---

**Imhotep Salat** <imsalat@gmail.com> Sat, Dec 20, 2014 at 11:12 AM
To: HUUTO SUPPORT <huuto.support@yandex.com>

My Bank works today. However I can wire the money today Wells Fargo Bank indicated the funds will not be issued until Monday. Please provide me with the details regarding how you would like for me to proceed. Thanks.

[Quoted text hidden]

---

**HUUTO SUPPORT** <huuto.support@yandex.com> Sat, Dec 20, 2014 at 11:14 AM
To: Imhotep Salat <imsalat@gmail.com>

Instructions. Please Read with a very attention.

A Payment: $4128.31 USD

You have received the payment,and 5% ($206) of the money is for you, as agreed.
Also you should take $155 for text editing. Thank you for good job. We hope you will continue to do this job soon again.
In sum you have $361 for your own.

Now about sending us the rest: $3767 minus wire transfer fee $45 = $3722

Please make an International WIRE (not domestic) Transfer to our bank account.
You may complete the Wire transfer by visiting your bank in person or on-line.
----------------------------------------
Bank details is below:
Receiver's Bank Name: AKBANK
SWIFT(BIC) code of Receiver's Bank: AKBKTRIS
IBAN: TR69 0004 6006 4100 1000 0780 98
Receiver's name: BURAK TOKAT
Receiver's Account number for US Dollars: 0078098
Receiver's Bank address: SEYHLI KOYU ATATURK CADDESI NO:88 PENDIK/ISTANBUL/ TURKEY/POSTACODE: 34906
Receiver's own Address: ADEM YAVUZ MAHALLESI USKUDAR YOLU CADDESI NO: 7/A-B ASAGI DUDULLU UMRANIYE/ISTANBUL/TURKEY/POSTACODE:34760
----------------------------------------

Please check twice the receipt while you are sending the wire transfer, because people make mistakes very often in receiver's names or account numbers.
Please check everything to avoid any of future troubles.
Once the Wire transfer is completed, please send us a picture of the Wire Transfer receipt for confirmation.
Also please inform us about the exact amount that you are sending.

Please confirm you have got the instructions and inform me how long will it take you to complete the Wire.
Please wait for our phone call before following the instructions to confirm everything.

Thank You

20.12.2014, 21:12, "Imhotep Salat" <imsalat@gmail.com>:
[Quoted text hidden]



Imhotep Salat <imsalat@gmail.com>

**You received a payment from your buyer - Ship now**
1 message

**service@paypal.com** <service@paypal.com> Thu, Dec 18, 2014 at 5:49 AM
To: Imhotep Salat <imsalat@gmail.com>



Transaction ID: 9KE27858HU3042249 | Transaction Time: 12/15/2014 13:56 PST

## You received a payment from your buyer - Ship now

Dear Imhotep Salat,

You've received a payment of $4,251.92 USD from darren3364 (darrenandthestories@gmail.com) for your recent eBay sale.

**Estimated funds availability**

While you establish a successful eBay sales history, you may not have access to your money for up to 21 days. You may get it sooner, but it may take longer if your buyer reports a problem with the sale.

**Help get your money faster**

- Print eBay or PayPal labels so your tracking information uploads automatically
- Manually enter your tracking information on eBay or your PayPal Transaction Details page if you ship domestically directly through USPS, UPS, or FedEx
- Mark your items as shipped on eBay

**Buyer**
Darren Mitchell

**Shipping address**
Darren Mitchell
727 N. Marshall St.
Lancaster, PA 17602
US

**Note to seller**
The buyer hasn't sent a note

**Seller Protection**
Eligible

| Description | Unit price | Qty | Amount |
| --- | --- | --- | --- |



United States




Ad by Finance Alert



2 ALERTS Severe Weather in Washington and Wyoming...Read More

Save up to 18% on UPS shipping for your business.
**Sign up and start saving in your first week of shipping.**

Sign Up Now

Tracking Number Track Log-In for additional tracking details. Other Tracking Options

## Tracking Detail

Like 1.4m Share Print Help A A A

Updated: 01/06/2015 1:30 A.M. Eastern Time

**1Z8203EX0158801960**

**Delivered**

Request Status Updates »

**Delivered On:**
Tuesday, 12/16/2014 at 8:58 A.M.

**Left At:**
Office

**Signed By:**
BOLLIN

Proof of Delivery

What time will your package be delivered to your home? Get FREE approximate Delivery Windows on most UPS packages.

**Continue**

I am already a UPS My Choice Member

### Shipment Progress

What's This?

### Additional Information

| | |
|---|---|
| **Shipped/Billed On:** | 12/15/2014 |
| **Type:** | Package |
| **Weight:** | 12.00 lbs |

synchrony
EARN 10X THE NATIONAL AVERAGE ON optimizer HIGH YIELD SAVINGS
optimizer High Yield Savings 1.00% APY on all balances
See disclosures Member FDIC
Ad by Finance Alert




Site Feedback

Subscribe to UPS E-mail: *Enter e-mail address* Sign Up » View Examples

Contact UPS
Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

Support
Get Started
Register
Open a Shipping Account
Change Your Delivery

Solutions for:
Healthcare
Small Business
High Tech
More...

Other UPS Sites:
Select a website

Follow us:

Home About UPS Site Guide Investors Careers Pressroom UPS Global UPS Mobile UPS Blog

Service Terms and Conditions Website Terms of Use Privacy Notice Your California Privacy Rights Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.