United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

WILLIE M. FLANIGAN,

Plaintiff,

v.

SAN FRANCISCO POLICE DEPARTMENT, et al.,

Defendants.

Case No. 16-cv-00066-WHA (RMI)

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Willie M. Flanigan a/k/a Maurquise Johnson, SFNO 442224, presently in custody at San Francisco County Jail 4, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: July 29, 2019

ROBERT M. ILLMAN
United States Magistrate Judge

TO: Warden, San Francisco County Jail 4

GREETINGS

WE COMMAND that you have and produce the body of Willie M. Flanigan a/k/a Maurquise Johnson, SFNO 442224, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 9:30 a.m. on August 20, 2019, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of *Flanigan v. San*

*Francisco Police Department, et al.*, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: July 29, 2019

SUSAN Y. SOONG, CLERK,
UNITED STATES DISTRICT COURT

By: Joshua S. Brown
Administrative Law Clerk

Dated: July 29, 2019




ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California